159 A.3d 940

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ramon WALL, Petitioner**

**No. 324 EAL 2016**

Supreme Court of Pennsylvania.

October 24, 2016

## ORDER

PER CURIAM

**AND NOW,** this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**